# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| | ) Case No. 13-M-1102 |
| MICHAEL T. GREEN, | ) |
| Defendant | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about December 9, 2013, in the county of Milwaukee in the Eastern District of Wisconsin, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1951 and 2 | The defendant did unlawfully obstruct, delay, and affect commerce by robbery, and conspired to do so, in that the defendant and his co-actors took and obtained money, from and in the presence of employees of the Hampton Service Center at 8201 W. Hampton Avenue, Milwaukee, Wisconsin, against their will by means of actual and threatened force, violence, and fear of injury. The Hampton Service Center was engaged in the sale of automotive repair services and replacement parts, and other articles and commodities in interstate commerce. |

This criminal complaint is based on these facts: See attached affidavit of Special Agent Jay Quabius which is incorporated herein

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Jay Quabius
Special Agent ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: December 31, 2013

_____
*Judge's signature*

City and state: Milwaukee, Wisconsin

William E. Callahan, Jr.
U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Jay Quabius, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), being duly sworn, depose and state as follows:

1. I am a Special Agent with ATF and have been employed by the ATF since 1990. As such, I investigate, among other things, violations of federal firearms laws. I gained experience in the conduct of such investigations through previous case investigations, formal training, and consultation with law enforcement partners in local, state and federal law enforcement agencies.

2. As a Special Agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. This affidavit is being submitted in support of an arrest warrant and criminal complaint charging Michael T. GREEN with violations of Title 18, United States Code, Section 1951, interference with commerce by threats or violence, Title 18, United States Code, and Title 18, United States, Section 2.

4. The information supplied in this affidavit is based upon my investigation and information provided and investigation conducted by other law enforcement personnel in this matter to date. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not set forth every fact related to or otherwise the product of this investigation.

## PROBABLE CAUSE

5. On December 9, 2013, at approximately 4:15 PM, three masked men, two of them armed, robbed the "Hampton Service Center," an automobile repair shop located at 8201 W. Hampton Avenue in Milwaukee, Wisconsin. According to business owner, G.G., the Hampton Service Center is engaged in interstate commerce as it orders thousands of dollars of automobile replacement parts every month from suppliers located in Missouri and New York and uses the

1

parts to perform automobile repairs.

6. The robbers took cash receipts of the business from Y.M., one of the two employees working in the shop at the time. A second employee, M.C., provided the following descriptions of the three robbers: "Robber #1" was a black male with a medium complexion, approximately 5'11" to 6'0" tall and 180 lbs, who was armed with a 9mm black handgun wearing a black hooded jacket, a black skull cap, a black shiny mask which covered half of his face, black jeans, black Nike boots, and black gloves; "Robber #2" was a black male with a medium complexion, approximately 5'11" to 6'0" tall and 200 lbs, who was armed with a 223 A/R 15 rifle with a nickel barrel and flash suppressor on the front and wearing black jeans, a navy blue hoodie, black gloves, and a black shiny mask which covered half of his face; "Robber #3" was a black male with a medium complexion, approximately 5'11" to 6'0" tall and 220-225 lbs., who did not appear to be armed and was wearing blue jeans, a dark colored hoodie, a black shiny mask which covered half of his face, black boots, and orange gloves.

7. During the robbery, Y.M. was shot in his abdomen and suffered gunshot wounds that required emergency medical attention. Although M.C. did not witness the shooting, which occurred in an adjacent room, he heard "Robber #1" yelling at Y.M. followed by a gun shot. M.C. then heard "Robber #2" yell out, "Mike, Mike . . . let him go." According to M.C., "Robber #3" then told the others, "We out, let's go." The robbers fled the mechanic shop and were not apprehended at that time.

8. On December 17, 2013, Dave R. Anglin was interviewed by law enforcement officers. Anglin and his brother, Michael Anglin, had been arrested earlier in the day after information provided by Michael T. GREEN led law enforcement officers to conclude that the Anglin brothers were contemplating an armed robbery. At the time of his arrest, Dave R. Anglin was in

possession of a black 9 mm handgun. Dave and Michael Anglin have since been charged by criminal complaint in the Eastern District of Wisconsin with being felons in possession of firearms.

9. During the interview, Dave Anglin told law enforcement that earlier in December 2013, his brother, Michael Anglin, Michael T. GREEN, who he calls "B.M." or "Black Mike," and another person committed an armed robbery of an auto store near Appleton and Hampton during which they shot one of the employees. He further reported that it had snowed prior to the robbery and GREEN had pretended to shovel snow while acting as a lookout. According to Dave Anglin, the robbers used a long rifle and the 9 MM handgun that he had possessed prior to his arrest.

10. Michael T. GREEN was convicted in the Eastern District of Wisconsin of armed bank robbery and use of a firearm during a crime of violence in 2006. On December 10, 2013, GREEN, who was completing his federal sentence at the Parsons halfway house in Milwaukee, told law enforcement that the Anglin brothers' intended to commit another robbery and had solicited GREEN's involvement. GREEN advised that he had seen the Anglin brothers in possession of a 9 MM handgun and an assault rifle that they planned to use during the robbery. At the time, Dave Anglin was also completing a federal sentence for armed bank robbery at the Parsons halfway house. GREEN agreed to cooperate with law enforcement, pretended to be interested in committing the robbery, and notified agents that the Anglin brothers planned to commit an armed robbery on the morning on December 17, 2013. GREEN did not tell law enforcement about the December 9, 2013, robbery of the Hampton Service Center.

11. On December 17, 2013, GREEN was interviewed by law enforcement officers who questioned him about his involvement in the December 9, 2013, robbery of the Hampton Service

3

Center. GREEN's size and appearance is generally consistent with the description M.C. provided of "Robber #3." GREEN initially denied involvement but eventually acknowledged that he participated in the armed robbery as a lookout. He stated that Michael Anglin carried a 9 MM handgun and Dave Anglin carried a long assault rifle during the robbery. GREEN stated that it had recently snowed so he carried a shovel and pretended to shovel while acting as a lookout. GREEN stated that he went inside the auto shop, heard a gunshot, and heard Dave Anglin say "Mike, Mike" after the shot was fired. GREEN confirmed that his nickname is "B.M." for "Black Mike." GREEN stated that he wore white gloves with orange palms during the robbery. Law enforcement later recovered those gloves after GREEN consented to a search of his lockbox at Parsons House.

12. Based on the facts as I have stated them in this affidavit, I submit that there is probable cause to believe that Michael T. GREEN has committed the crime of interference with commerce by threats or violence, in violation of Title 18, United States Code, §§ 1951 & 2.